1 | Kenneth A. Ohashi (SBN: 230440)
KennethOhashi@whgclaw.com
Wang, Hartmann, Gibbs & Cauley, PLC
1301 Dove Street, Suite 1050
Newport Beach, CA  92660
Telephone:  (949) 833-8483
Facsimile:   (949) 833-2281

Attorneys for Plaintiff ModusLink Corporation

Romin P. Thomson, Esq. (193493)
Scott A. Mangum, Esq. (260758)
SWEENEY, MASON, WILSON & BOSOMWORTH
A Professional Law Corporation
983 University Avenue, Suite 104C
Los Gatos, CA 95032-7637
Telephone: (408) 356-3000
Facsimile: (408) 354-8839

Attorneys for Netsan Technologies, Inc.

Daniel P. Tighe, *admitted pro hac vice*
dtighe@gtmllp.com
Scott McConchie, *admitted pro hac vice*
sm@gtmllp.com
Griesinger, Tighe & Maffei, LLP
176 Federal Street
Boston, MA 02110
Tel. 617-542-9900

IT IS SO ORDERED
Judge Edward J. Davila
7/6/2011

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

MODUSLINK CORPORATION, a Delaware corporation,

           Plaintiff,

  v.

NETSAN TECHNOLOGIES, INC., a California corporation,

           Defendant.

No. C 10-05311 EJD

**STIPULATION OF DISMISSAL**

The parties, by their undersigned counsel, hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), that this action shall be dismissed, with prejudice.  Each party shall bear its own costs and attorneys' fees.

The Clerk shall close this file.

- 1 -
STIPULATION OF DISMISSAL

Respectfully submitted,

| MODUSLINK CORPORATION | NETSAN TECHNOLOGIES, INC. |
|---|---|
| By its attorneys, | By its attorneys, |
| /s/ Scott McConchie | /s/ Romin P. Thomson |
| Daniel P. Tighe (*admitted pro hac vice*) | Romin P. Thomson, Esq. (193493) |
| Scott McConchie (*admitted pro hac vice*) | Scott A. Mangum, Esq. (260758) |
| GRIESINGER, TIGHE & MAFFEI, LLP | SWEENEY, MASON, WILSON & BOSOMWORTH |
| 176 Federal Street | A Professional Law Corporation |
| Boston, MA 02110 | 983 University Avenue, Suite 104C |
| Tel. 617-542-9900 | Los Gatos, CA 95032-7637 |
| | Telephone: (408) 356-3000 |
| Kenneth A. Ohashi (SBN: 230440) | Facsimile: (408) 354-8839 |
| WANG, HARTMANN, GIBBS & CAULEY, PLC | |
| 1301 Dove Street, Suite 1050 | |
| Newport Beach, CA  92660 | |
| Telephone:  (949) 833-8483 | |
| Facsimile:   (949) 833-2281 | |

Dated:  July 1, 2011

## Certificate of Service

I, Scott McConchie, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 1, 2011

 /s/ Scott McConchie
Scott McConchie